UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMAURIAE GREENE, #25007036,<br>　　　　　Plaintiff,<br>　　v.<br>FRESNO POLICE DEP'T, et al.,<br>　　　　　Defendant(s). | Case No. 25-cv-09292-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner currently at the Santa Clara County Jail, has filed a pro se complaint under 42 U.S.C. § 1983 seeking damages for false arrest and false imprisonment from the Fresno Police Department and the unnamed individual police officer who allegedly unlawfully arrested and put him in jail for "3-4 days." ECF No. 1 (Compl.) at 1.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Fresno, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: October 31, 2025



_____
SALLIE KIM
United States Magistrate Judge